# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

United States of America,　　　　　　　　　　Case No. __3:19-po-13__

　　　　　Plaintiff,　　　　　　　　　　　　Violation # __—__

　　-vs-　　　　　　　　　　　　　　　　Magistrate Judge __Ovington__

__Pashali Pashaliyev__,

　　　　　Defendant.

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of __Driving Under the Influence__ in violation of __ORC §4511.19(A)(1)(a)__, made in Count __1__ of the Information or made in Violation Notice # __—__ is hereby AMENDED to charge __Physical Control__ in violation of __ORC §4511.194__.

IT IS SO ORDERED.

Date: __3/20/19__　　　　　　　　　　　　__[signature]__
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

__[signature]__
Assistant United States Attorney